## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-FLINT

IN RE:   **Bridgette Lynn Watkins**

**CHAPTER 13**
**CASE NO: 18-30343**
**JUDGE DANIEL S. OPPERMAN**

**Debtor**

_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.   Objections, if any, have been resolved.   The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of _$0_ , Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $_0_ in fees and $_0_ in expenses, and that the portion of such claim which has not already been paid, to-wit: $_0_ shall be paid by the Trustee as an administrative expense of this case.

**IT IS FURTHER ORDERED** that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

**IT IS FURHTER ORDERED** that the Trustee shall pay the mortgage arrears since the Debtor's Step Forward application for hardest hit funds was denied.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

**IT IS FURTHER ORDERED** as follows:

The Debtor shall remit __0__% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

x   The Debtor's Plan shall continue for no less than _60___ months.

The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.

X   The Debtor's Plan payments shall be increased to $874.70 per _month effective _September 18, 2018.

Creditor's rights to object to the last filed Amended Plan are preserved until _____.

X      Other:   That the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee.  Should the Debtor(s) not provide the requested tax information to the Trustee then the Trustee may file a Notice of Default giving the Debtor(s) 21 days to respond as to why the information has not been provided.  Upon the filing of the response the Court shall set a hearing on the matter.


Approved:

/s/ Carl L. Bekofske                        /s/ Lori B. Selvidge
Carl L. Bekofske P10645                     Lori B. Selvidge P72652
Melissa Caouette P62729                     Attorney for Debtor
Leo J. Foley, Jr. P76060                    Legal Services of Eastern Michigan
Chapter 13 Standing Trustee                 436 S. Saginaw Street
400 N. Saginaw Street, Suite 331            Ste. 101
Flint MI 48502                              Flint, MI 48502
(810) 238-4675                              1-800-322-4512 ext. 112
Ecf@flint13.com                             lselvidge@lsem-mi.org


**Signed on October 09, 2018**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**