# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION AT FLINT

In re: Bridgette Lynn Watkins

Debtor(s)

_____/

Case No. 18-30343
Chapter 13
Judge Daniel S. Opperman

## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

The Chapter 13 Trustee has filed papers with the court to modify the Chapter 13 Plan to:

1. **Increase plan payments to $891.64 per month**; from $874.70 per month in order to pay all duly filed claims as proposed in the confirmed chapter 13 plan beginning upon entry of an order approving the plan modification. The modification of chapter 13 plan payments will cause the plan to complete timely.

2. In all other respects, the Plan and Order Confirming Plan as modified remains in full force and effect.

Dated: November 8, 2018

/s/ Carl L. Bekofske
Carl L. Bekofske (P10645)
Chapter 13 Trustee
400 N Saginaw St., Suite 331
Flint, MI 48502
810-238-4675
ecf@flint13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION AT FLINT

In re: Bridgette Lynn Watkins

Case No. 18-30343
Chapter 13
Judge Daniel S. Opperman

Debtor(s)

_____/

## PROPOSED ORDER MODIFYING POST-CONFIRMATION PLAN MODIFICATION

**IT IS HEREBY ORDERED** that the Debtor's Chapter 13 plan payments shall increase to $891.64 per month.

**IT IS FURTHER ORDERED** that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

## EXHIBIT "A"

## WORKSHEET

1. Length of Plan is ___60___ months; ___59___ months remaining

2. Pre-Confirmation Plan Payments                                                                          $ ___5,670.00___

3. Post-Confirmation Plan Payments to date                                                          $ ___842.35___

4. Proposed Post-Confirmation Plan Payments
   $ ___891.64___ x ___59___ / months ___                                                         $ ___52,606.76___
   Tax Refunds ___0%___ committed to the plan                                                 $ ___-___
   Lump Sum Payment                                                                                         $ ___-___

5. Total to be Paid into Plan          Total of lines 1 through 4          $ ___59,119.11___

6. Trustee Fees, paid to date                                    $ ___482.08___
   Estimated future Trustee Fees at 8.1%            $ ___4,261.15___

7. Attorney Fees
   Paid/Owed to Date                                              $ ___-___
   Estimated Post-Confirmation thru Plan Duration   $ ___-___

8. Total Mortgage and Other Continuing Debt Payments
   BSI Financial Services   $ ___5,256.15___ pd + $ ___760.71___ due   $ ___6,016.86___
   Monthly Payment   $ ___668.54___ x ___59___ months remaining   $ ___39,443.86___
   Arrears                                                           $ ___7,996.72___

9. Total Secured Claims, including Interest            $ ___-___

10. Priority Claims
    City of Davison                                              $ ___370.92___

11. Tax Escrow                                                  $ ___-___

12. Total Disbursements other than to Unsecured Creditors   Total of lines 6 through 11   $ ___58,571.59___

13. Funds Estimated to be available for Unsecured Creditors                     $ ___547.52___

14. Amount to pay unsecured claims:   $ ___18,617.70___ filed x ___2.9%___ per plan/OCP   $ ___547.28___

## FEASIBILITY and NEW PAYMENT WORKSHEET

1.  Length of Plan                                                60

2.  Number of Months Since Confirmation                            1

3.  Months Remaining                                              59

4.  Debtor's Current Plan Payment            $    874.70   per    month

5.  BASE PLAN - Estimated Amount to Unsecured Creditors      $    547.28

6.  Unsecured Creditor Claims filed/allowed                  $  18,617.70

7.  Estimated percentage to pay unsecured claims                 2.9%


At the current plan payment(s), the base will be met in    *60*    more months  BUT    *$0.00*    is still owed on the
monthly mortgage pmt and only   *100%*   of mortgage arrears,   *n/a*   of secured and   *0%*   of priority claims are paid.


**IF Unsecured Creditors receive the estimated**    2.9%   or   $   547.28
    New plan payment        $        891.64   / month


**IF the amount to unsecured creditors was reduced to**    1%   or   $   186.18
    New plan payment        $        885.52   / month

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION AT FLINT

In re: Bridgette Lynn Watkins

Case No. 18-30343
Chapter 13
Judge Daniel S. Opperman

Debtor(s)

_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

United States Bankruptcy Court   226 West Second St.   Flint, MI 48502
Chapter 13 Trustee   400 N. Saginaw St., Suite 331   Flint, MI 48502
Legal Services of Eastern Michigan   436 S. Saginaw St., Ste 404   Flint, MI 48502

Dated: November 8, 2018

/s/ Carl L. Bekofske
Carl L. Bekofske (P10645)
Chapter 13 Trustee
400 N Saginaw St., Suite 331
Flint, MI 48502
810-238-4675
ecf@flint13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION AT FLINT

In re: Bridgette Lynn Watkins

Debtor(s)

_____/

Case No. 18-30343
Chapter 13
Judge Daniel S. Opperman

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018; I served the following papers:

- Chapter 13 Post-Confirmation Plan Modification with proposed order
- Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

On the following parties at these addresses by the United States Postal Service:

Bridgette Lynn Watkins
116 W. 4th Street
Davison, MI 48423

And the following parties were served by electronic mail notice (ECF System):

Lori Selvidge          lselvidge@lsem-mi.org

/s/ Tenee Smith
Chapter 13 Trustee's Office
400 N. Saginaw St, Suite 331
Flint, MI  48502
Ph: (810) 238-4675
Email: tsmith@flint13.com