| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Bridgette Lynn Watkins |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 18-30343-jda |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Origin Bank

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 6 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 633.18

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 280.55    New escrow payment: $ 250.58

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons                                    Date  05/09/2022
Signature

Print:   **Molly Slutsky Simons**                              Title  Attorney for Creditor
         First Name    Middle Name    Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number        Street

         Loveland                        OH      45140
         City                            State   ZIP Code

Contact phone  513-444-4100                                   Email  bankruptcy@sottileandbarile.com

Origin Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| CITY TAX | $1,734.10 |
| HAZARD INS | $940.00 |
| MORTGAGE INS | $332.92 |
| Total | $3,007.02 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**

**ESCROW ANALYSIS DATE: 04/27/2022**

Bridgette Watkins
116 W 4th St
Davison, MI 48423-1302

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $382.60 |
| Required Escrow Payment | $250.58 |
| Shortage/Surplus Spread | |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$633.18** |
| **New Payment Effective Date:** | **07/01/2022** |

Origin Bank has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 07/2022 through 06/2023 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $2,747.23 | $1,754.13 |
| JUL | $250.58 | | | | | | $2,997.81 | $2,004.71 |
| AUG | $250.58 | | $1,096.31 | | | | $2,152.08 | $1,158.98 |
| SEP | $250.58 | | | | | | $2,402.66 | $1,409.56 |
| OCT | $250.58 | | | | | | $2,653.24 | $1,660.14 |
| NOV | $250.58 | | | | | | $2,903.82 | $1,910.72 |
| DEC | $250.58 | | $637.79 | | $940.00 | | $1,576.61 | $583.51 |
| JAN | $250.58 | $332.92 | | | | | $1,494.27 | $501.17 * |
| FEB | $250.58 | | | | | | $1,744.85 | $751.75 |
| MAR | $250.58 | | | | | | $1,995.43 | $1,002.33 |
| APR | $250.58 | | | | | | $2,246.01 | $1,252.91 |
| MAY | $250.58 | | | | | | $2,496.59 | $1,503.49 |
| JUN | $250.58 | | | | | | $2,747.17 | $1,754.07 |
| **Total** | | $332.92 | $1,734.10 | | $940.00 | | | |

*Indicates your projected low point of $1,494.27. Your required reserve balance is $501.17. The difference between the projected low point and required reserve balance is $993.10. This is your escrow surplus amount. The escrow surplus amount in your escrow account is $50.00 or more. The surplus amount will be refunded to you in the form of a check that either (a) is included with this statement or (b) if your loan is current as of the date of the escrow analysis and your refund check is not included with this statement, it will be mailed to you within 30 days.

If you have questions regarding this analysis, please write our Customer Service Department at Origin Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-379-6447, Monday through Friday, 8:00 am to 5:00 pm, CT.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

Name: Bridgette Watkins

This is a statement of actual activity in your escrow account from 06/2021 through 06/2022. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $663.15 of which $382.60 was for principal and interest and $280.55 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $1,963.94 | $459.22- |
| JUN | $280.55 | $340.41 * | | | | $2,244.49 | $118.81- |
| JUL | $280.55 | $340.41 * | | | | $2,525.04 | $221.60 |
| AUG | $280.55 | $340.41 * | $1,085.43 | $1,096.31 * | CITY TAX | $1,720.16 | $534.30- |
| SEP | $280.55 | $340.41 * | | | | $2,000.71 | $193.89- |
| OCT | $280.55 | $340.41 * | | | | $2,281.26 | $146.52 |
| NOV | $280.55 | $576.18 * | | $940.00 * | HOME INS | $2,561.81 | $217.30- |
| DEC | $280.55 | $288.09 * | $340.70 | * | RHS ANNUAL F | $2,501.66 | $70.79 |
| DEC | | | $1,177.56 | $637.79 * | CITY TAX | $1,324.10 | $567.00- |
| DEC | | | $763.00 | * | HOME INS | $561.10 | $567.00- |
| JAN | $280.55 | $561.10 * | | $332.92 * | RHS ANNUAL F | $841.65 | $338.82- |
| FEB | $280.55 | $280.55 | | | | $1,122.20 | $58.27- |
| MAR | $280.55 | $280.55 | | | | $1,402.75 | $222.28 |
| APR | $280.55 | $1,963.85 *Y | | | | $1,683.30 | $2,186.13 |
| MAY | $280.55 | $280.55 Y | | | | $1,963.85 | $2,466.68 |
| JUN | | $280.55 *Y | | | | $1,963.85 | $2,747.23 |
| Total | $3,366.60 | $6,213.47 | $3,366.69 | $3,007.02 | | | |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

**Last year, we anticipated that payments from your escrow account would be made during this period equaling $3,366.69. Under Federal Law, your lowest balance should not have exceeded $561.10 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $561.10.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-30343-jda |
| Bridgette Lynn Watkins | Chapter 13 |
| Debtor. | Judge Joel D. Applebaum |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on May 9, 2022 to the following:

Bridgette Lynn Watkins, Debtor
116 W 4th Street
Davison, MI 48423

Sherri Belknap, Debtor's Counsel
sbelknap@lsem-mi.org

Alan S. Ells, Debtor's Counsel
asells26@gmail.com

Carl Bekofske, Trustee
ecf@flint13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                           Respectfully Submitted,

                                                           /s/ Molly Slutsky Simons
                                                           Molly Slutsky Simons (OH 0083702)
                                                           Sottile & Barile, Attorneys at Law
                                                           394 Wards Corner Road, Suite 180
                                                           Loveland, OH 45140
                                                           Phone: 513.444.4100
                                                           Email: bankruptcy@sottileandbarile.com
                                                           Attorney for Creditor